[No. 25182-5-II.   Division Two.   April 20, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWIN M. BRIONES, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 99-1-00572-2, William J. Kamps, J., entered October 8, 1999. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Seinfeld, J.; Quinn-Brintnall, J., concurring separately.

[No. 25440-9-II.   Division Two.   April 20, 2001.]

ROBERT P. HEATH, *Respondent*, v. NICK URAGA, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-2-07779-0, Thomas Felnagle, J., entered December 6, 1999. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Bridgewater, J. Now published at 106 Wn. App. 506.

[No. 25645-2-II.   Division Two.   April 20, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. SHARIN KAY LESTER, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 99-1-00086-1, George L. Wood, J., entered February 25, 2000. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 25937-1-II.   Division Two.   April 20, 2001.]

*In the Matter of the Welfare of* T.L.C-F.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-7-01771-8, Vicki L. Hogan, J., entered May 12, 2000. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, A.C.J., and Quinn-Brintnall, J.